# In the United States District Court
## For the Southern District of Georgia
### Brunswick Division

ANTHONY VEGA, JR.,      *
     *
     Petitioner,      *      CIVIL ACTION NO.: 2:17-cv-113
     *
     v.      *
     *
J.V. FLOURNOY,      *
     *
     Respondent.      *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Petitioner Anthony Vega ("Vega") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Vega's 28 U.S.C. §2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Vega *in forma pauperis* status on appeal.

**SO ORDERED**, this ___7___ day of ___August___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA